1002

[No. 46542-2-I. Division One. August 27, 2001.]

*In the Matter of the Dependency of* BI. J., ET AL.

THE DEPARTMENT OF SOCIAL & HEALTH SERVICES, *Respondent,* v. DON JORDAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 97-7-02916-1, George T. Mattson, J., entered April 25, 2000. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Kennedy and Cox, JJ.

[No. 46605-4-I. Division One. August 27, 2001.]

THE STATE OF WASHINGTON, *Respondent,* v. ELIZABETH WHITACRE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 99-1-08341-1, Anthony P. Wartnick, J., entered May 8, 2000. *Affirmed* by unpublished opinion per Webster, J., concurred in by Agid, C.J., and Coleman, J.

[No. 47333-6-I. Division One. August 27, 2001.]

WILLIAM MCINTYRE, *Appellant,* v. THE PORT OF SEATTLE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 98-2-26998-7, Glenna Hall, J., entered August 4, 2000. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Baker and Cox, JJ.